IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00415-WYD

TECARRA GRAHAM,

    Applicant,

v.

KEVIN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER FOR STATE COURT RECORD

---

    Applicant Tecarra Graham, a prisoner in the custody of the Colorado Department of Corrections at the Sterling, Colorado, Correctional Facility, has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C.§ 2254, and Respondents have filed an Answer. I find that all transcript records of hearing proceedings before the trial court in the combined Case Nos. 04CR411, 421, 771, 791, and 2181 are necessary for the resolution of this action.

    Pursuant to Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts, I will direct Respondents to provide to this Court the complete trial transcript records of hearing proceedings in Mr. Graham's criminal action in the above-referenced combined criminal actions in El Paso County District Court. Accordingly, it is

ORDERED that Respondents shall provide to this Court **within ten days from the date of this Order** the complete trial transcript records of hearing proceedings in Mr. Hills' combined criminal cases as described in this Order. It is

FURTHER ORDERED that the Clerk of the District Court for El Paso County produce the records as described in this Order that are in their possession and provide the records to counsel for Respondents, in the above-referenced cases, for filing with this Court. It is

FURTHER ORDERED that the Clerk of this Court send a copy of this Order to both parties and to the Clerk of the District Court for El Paso County at the Judicial Complex, 270 S. Tejon Street, Colorado Springs, Colorado 80903.

Dated: June 16, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge