IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

CIVIL ACTION NO. 08-cv-00415-WYD

Tecarra Graham,
    Petitioner,

vs.

Kevin Milyard, Warden, et al.,
    Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 25 2009

GREGORY C. LANGHAM
    CLERK

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is hereby

ORDERED that the Clerk shall return the State Court Record.

Dated: September 25, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge

CERTIFICATE OF SERVICE

I, hereby certify that I have mailed the Order Returning State Court Record to the following non C/M ECF participant on ___September 25, 2009___.

El Paso CountyCourt
20 E. Vermijo Avenue
Colorado Springs, Colorado
80903

_____
Joe O'Hara
Deputy Clerk